| AO 10 Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>SEAY, FRANK H. | 2. Court or Organization<br><br>US DISTRICT COURTS-EASTERN | 3. Date of Report<br><br>04/26/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE-SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>EASTERN DISTRICT OF OKLAHOMA<br>UNITED STATES COURTHOUSE<br>MUSKOGEE, OK 74402-0828 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | STATE OF OKLAHOMA - TEACHERS RETIREMENT SYSTEM |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SEAY, FRANK H.** | 04/26/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 04/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1/64 WI IN OLIP,MCGRIT & DIXON, HUGHES COUNTY OK | C | Royalty | J | W | | | | | |
| 2. 1/64 WI IN MCCASLIN #1 #2, SEMINOLE COUNTY, OK | B | Royalty | J | W | | | | | |
| 3. 1/27 WI IN BOYD #2, HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 4. 1/20 WI IN BE #1 & #2, HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 5. 1/32 ORRI IN OLIPHANT #2, HUGHES COUNTY, OK | B | Royalty | J | W | | | | | |
| 6. 1/20 WI IN KAMPERMAN, HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 7. 1/40 WI IN ENNIS #1-25, SEMINOLE COUNTY, OK | | None | J | W | | | | | |
| 8. 1/40 WI IN HM#1 & #2, HUGHES COUNTY, OK | B | Royalty | J | W | | | | | |
| 9. 1/64 WI IN BULL PASTURE, SEMINOLE COUNTY, OK | | None | J | W | | | | | |
| 10. PRODUCING MIN INT-WILLACY CT, TX APPRAISAL 3-29-89 | C | Royalty | J | W | | | | | |
| 11. 1/64 WI IN BULL #1, SEMINOLE COUNTY, OK | A | Royalty | J | W | | | | | |
| 12. 1/64 WI IN COWBOY #1 - HUGHES COUNTY, OK | B | Royalty | J | W | | | | | |
| 13. 1/64 WI IN COWBOY #2 - HUGHES COUNTY, OK | | None | J | W | | | | | |
| 14. NON-PROD MIN INT-GARVIN, POTT & SEM CT, OK APPRAISAL 3-29-89 | | None | J | W | | | | | |
| 15. PRODUCING MINERAL INT - SEMINOLE CO., OKLA | A | Royalty | J | W | | | | | |
| 16. 1/64 WI IN JOHN W #1, SEMINOLE COUNTY, OK | C | Royalty | J | W | | | | | |
| 17. 1/124 WI IN NASH 1-26, POTTAWATOMIE CO., OK | B | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 1/124 WI IN STATE 1-16, POTTAWATOMIE CO., OK | B | Royalty | J | W | | | | | |
| 19. 1/124 WI IN STOVER 1-27, POTTAWATOMIE CO., OK | B | Royalty | J | W | | | | | |
| 20. CD'S, SAVINGS & DEMAND DEPOSIT, BANCFIRST, SEMINOLE, OK | A | Interest | J | T | | | | | |
| 21. EDWARD D. JONES ACCOUNT | | | | | | | | | |
| 22. -EDJ-INTEREST | A | Interest | J | T | | | | | |
| 23. -EDJ-CD-MD FINANCIAL BANK | A | Interest | | | Sold | 08/05/11 | K | | |
| 24. -EDJ-BOND-GRDA OK REV | B | Interest | K | T | Buy | 01/01/11 | K | | |
| 25. -EDJ-BOND-CENTRAL BRADFORD PROG | A | Interest | K | T | Buy | 08/02/11 | K | | |
| 26. -EDJ-VAN KAMPEN EMERGING GRTH CL C | | None | | | Sold | 01/01/11 | J | | |
| 27. -EDJ-SANOFI SYNTHELABO SPON | A | Dividend | J | T | | | | | |
| 28. -EDJ-HARTFORD EQUITY FUNDS | A | Dividend | J | T | | | | | |
| 29. -EDJ-BP-PLC | A | Distribution | J | T | | | | | |
| 30. -EDJ-CHESAPEAKE | A | Dividend | J | T | | | | | |
| 31. -EDJ-HARTFORD EQUITY INCOME | A | Dividend | J | T | | | | | |
| 32. MERRILL LYNCH ACCOUNT | | | | | | | | | |
| 33. MERRILL LYNCH-INTEREST | A | Interest | J | T | | | | | |
| 34. -ML-AMERN INCM FD OF AMER | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 04/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ML-BOND FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 36. -ML-NEUROCRINE INC | | None | J | T | | | | | |
| 37. -ML-DAVIS NY VENTURE | | None | J | T | | | | | |
| 38. -ML-FEDERATED KAUFMANN FUND | | None | J | T | | | | | |
| 39. -ML-FIDELITY ADV DIVERSIFIED | A | Dividend | J | T | | | | | |
| 40. -ML-MUTUAL SHARES | A | Dividend | J | T | | | | | |
| 41. -ML-OPENHEIMER CAPTIAL | | None | J | T | | | | | |
| 42. -ML-INVESCO FLOATING RATE | C | Dividend | J | T | Buy | 01/07/11 | J | | |
| 43. METLIFE WHOLE POLICY | A | Dividend | J | T | | | | | |
| 44. 100% INTEREST IN THE [ ] TRUST | | | | | | | | | |
| 45. FLC TRUST-BANCFIRST CD | B | Interest | L | T | | | | | |
| 46. FLC TRUST-BANCFIRST DEMAND DEPOSIT | A | Interest | J | T | | | | | |
| 47. FLC TRUST-EDJ WACHOVIA CD | B | Interest | | | Sold | 08/22/11 | K | | |
| 48. FLC TRUST-EDJ FLUSHING BK CD | B | Interest | L | T | | | | | |
| 49. FLC TRUST-EDJ GE CAPITAL CD | B | Interest | L | T | | | | | |
| 50. FLC TRUST-EDJ LEHMAN BK CD | B | Interest | K | T | | | | | |
| 51. FLC TRUST-EDJ DISCOVER BANK | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 04/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FLC TRUST-EDJ SALLIE MAE BANK CD | B | Interest | L | T | | | | | |
| 53. FLC TRUST-EDJ CAL ED FACS BOND | B | Interest | K | T | | | | | |
| 54. FLC TRUST-EDJ GROSSMONT BD | B | Interest | K | T | | | | | |
| 55. FLC TRUST-EDJ PENN ST TKP BOND | A | Interest | J | T | | | | | |
| 56. FLC TRUST-EDJ OK AG MECH BOND | A | Interest | K | T | | | | | |
| 57. FLC TRUST-EDJ GRDA OK BOND | B | Interest | K | T | | | | | |
| 58. FLC TRUST-EDJ GE BOND | A | Interest | | | Sold | 11/09/11 | K | | |
| 59. FLC TRUST-EDJ SOUTH BROWARD HOSP | A | Interest | K | T | Buy | 10/01/11 | K | | |
| 60. FLC TRUST-EDJ TULSA OKLA PUB FACS AUTH | B | Interest | K | T | Buy | 02/01/11 | K | | |
| 61. FLC TRUST-RENT HOUSE [redacted] SEMINOLE, OK | B | Rent | L | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 04/26/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ON PART VII, BEGINNING ON LINE 44 THIS IS A HEADER LINE FOR THE ⬜⬜⬜ TRUST THAT WAS INHERITED IN 2010. ON THE FOLLOWING LINES 45 THROUGH 61, THE NOTATION FLC TRUST STANDS FOR ⬜⬜⬜ TRUST.

ON LINE 61 THE APPRAISAL DATE OF THE RENT HOUSE WAS JANUARY 25, 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 04/26/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **FRANK H. SEAY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544